JOSEPH H. HUNT
Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch
OLIVIA HUSSEY SCOTT
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Rm. 11112
Washington, D.C. 20005
Tel: (202) 616-8491
Fax: (202) 616-8470
Email: Olivia.Hussey.Scott@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    By the Department of Justice ) <br>    1100 L Street, N.W. ) <br>    Washington, D.C. 20005 ) <br> ) <br>        Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DURWIN LAIRY, ) <br> ) <br>    612 Rock Creek Church Rd., N.W., ) <br>     Washington, D.C. 20010 ) <br> ) <br>        Defendant. ) | Case No. 1:19-cv-2488 |

**COMPLAINT**

Plaintiff, the United States of America, files this action pursuant to the Ethics in Government Act, 5 U.S.C. app. 4 § 101, *et seq.* (2006) ("EIGA"), against Durwin Lairy for civil penalties for knowingly and willfully failing to file the required public financial disclosure report after his employment terminated with the U.S. Department of Energy ("DOE").

**Jurisdiction and Venue**

1. This Court has jurisdiction pursuant to 5 U.S.C. app. 4 § 104(a) and 28 U.S.C. §§ 1331 and 1345.

2. Venue is proper in this judicial district pursuant to 5 U.S.C. app. 4 § 104(a) and 28 U.S.C. § 1391(b) because this judicial district is where Mr. Lairy resides and where a substantial part of the events and omission giving rise to the claim occurred.

**Parties**

3. Plaintiff is the United States of America.

4. Defendant Durwin Lairy is a former consultant in DOE's Office of Economic Impact and Diversity. While he was employed with the DOE, Mr. Lairy's office was located in Washington, D.C.

**Statutory Background**

5. The EIGA requires individuals who occupy covered positions to file a final public financial disclosure report on or before the thirtieth day after leaving their position (hereinafter, a "termination report"), unless they have accepted another covered position. 5 U.S.C. app. 4 § 101(e).

6. Among the positions covered by § 101 are "employee[s] in the [E]xecutive [B]ranch" whose "basic pay is equal to or greater than 120 percent of the minimum rate of basic pay payable for GS-15 of the General Schedule." 5 U.S.C. app. 4 § 101(f)(3).

7. Section 104(a) of the EIGA authorizes the Attorney General to bring a civil action in federal district court against any individual "who knowingly and willfully fails to file or report any information that such individual is required to report" under the EIGA. 5 U.S.C. app 4 § 104(a).

8. The EIGA provides that a court may assess a civil penalty of up to $50,000 against an individual who knowingly and willfully fails to file a required public financial disclosure report. 5 U.S.C. app 4 § 104(a)(1). This amount is adjusted upward for inflation pursuant to the Federal Civil Penalties Inflation Adjustment Act of 1990. 28 U.S.C. § 2461, note. As of this filing, the maximum civil penalty adjusted for inflation is $60,517. 5 C.F.R. § 2634.701(a).

**Factual Background**

9. Beginning October 17, 2016, Mr. Lairy was employed as a consultant in the DOE's Office of Economic Impact and Diversity, a position within the Executive Branch.

10. Mr. Lairy's salary was greater than 120 percent of the minimum rate of basic pay payable for GS-15 of the General Schedule in 2017. *See* 5 U.S.C. app. 4 § 101(f)(3); United States Office of Personnel Management, Salary Table for 2017, effective in January 2017, *available at* https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2017/general-schedule/.

11. Mr. Lairy filed a new entrant financial disclosure report required under the EIGA.

12. Mr. Lairy also filed an annual financial disclosure report during his employment as required under the EIGA.

13. Mr. Lairy's employment as a DOE consultant was terminated effective September 20, 2017.

14. Mr. Lairy did not accept another government position covered by section 101 of the EIGA after the termination of his employment with DOE.

15. On or before October 20, 2017, DOE advised Mr. Lairy of his obligation under the EIGA to file a termination financial disclosure report within 30 days of his termination date,

or that same day.  Specifically, on October 20, 2017, an employee in the DOE's Office of the Assistant General Counsel for General Law ("DOE Employee") notified Mr. Lairy of this obligation via an email sent to the personal email address that Mr. Lairy had provided to DOE in connection with his employment (hereinafter "provided email address").

16. Mr. Lairy responded to DOE's October 20, 2017 email, identified in paragraph 15 above, that same day to request an extension of the deadline.

17. The DOE Employee responded to Mr. Lairy's October 20, 2017 email request, identified in paragraph 16 above, and granted him an extension until November 20, 2017 to file his report.

18. On November 15, 2017, the DOE Employee sent an email to Mr. Lairy's provided email address reminding him of the November 20, 2017 deadline, and of the $200 late filing fee incurred for late filing.  Mr. Lairy did not respond to that communication.

19. Mr. Lairy did not file his required termination report on or before November 20, 2017.

20. Thereafter, the DOE Employee repeatedly attempted to contact Mr. Lairy by email to the provided email address and by certified letter to the home address he provided DOE.  By emails dated November 29, 2017, and November 14, 2018, and certified letters dated December 12, 2017, and January 11, 2018, DOE advised Mr. Lairy that he had failed to timely file his termination report; he had incurred the $200 late filing fee; and he could be assessed a civil penalty of up to $50,000.  The communications also enclosed instructions for filing the overdue termination report and mailing his $200 late filing payment.

21. On January 9, 2018, Mr. Lairy signed the return receipt card for the December 12, 2017 certified letter.

22.     Mr. Lairy responded by email on December 11, 2018.  In that email, Mr. Lairy admitted that he had "received notification from the DOE regarding filing [his] report," "apologize[d] for [his] lack of communication," and claimed he was "ready to tackle this issue."

23.     Because Mr. Lairy claimed in his email that he had "made attempts to login and file the report however [his] email address is not in the system," the DOE Employee who had contacted him previously attempted over several email exchanges between December 11, 2018, and January 8, 2019, to help Mr. Lairy resolve his technical problems using the filing system.

24.     Mr. Lairy's technical difficulties extended into January 2019, when the Federal Government shutdown due to a lapse in appropriations.  He was advised that "[d]ue to the lapse in appropriations [further] technical support . . . [was] not [then] available" but would resume after "those affected by the lapse in appropriations have returned to work."

25.     On February 12, 2019, following the restoration of appropriations, the DOE Employee advised Mr. Lairy by email to his provided email address that "[a]pparently, [his] access [to the electronic filing system] had been removed" but since had "been reinstated" and therefore he should "go in and access the report and complete and submit as soon as possible." That email also reminded Mr. Lairy about the $200 late filing fee.  Mr. Lairy did not respond to the February 12, 2019 email.

26.     On April 10, 2019, the DOE Employee sent another email to Mr. Lairy's provided email address giving him a "final opportunity" "to complete and submit th[e] required report." Mr. Lairy did not respond or avail himself of that opportunity.

27.     To date, Mr. Lairy has not filed his required termination report or paid the $200 late fee.

28.     Pursuant to the regulations of the Executive Office of the Government Ethics, 5 C.F.R. § 2634.701, the DOE referred this matter to the Department of Justice for commencement of an action authorized by 5 U.S.C. app. 4 § 104(a), and the action was authorized on July 15, 2019.

## Count I

29.     The United States re-alleges and incorporates by reference the allegations made in paragraphs 1 through 28 above.

30.     Mr. Lairy has been aware since on or before October 20, 2017, that he was subject to the EIGA's requirement that he file a termination financial disclosure report within thirty days of the termination of his employment within the Executive Branch.

31.     DOE personnel repeatedly informed Mr. Lairy in writing of his obligation to file his termination financial disclosure report.

32.     Notwithstanding the numerous attempts to obtain his compliance, Mr. Lairy has not filed his termination financial disclosure report even though his employment within the Executive Branch ended, as of this filing, more than 690 days ago.

33.     Mr. Lairy violated the EIGA by knowingly and willfully failing to file his termination financial disclosure report.

## Prayer for Relief

WHEREFORE, the United States of America respectfully requests that the Court issue a decision and judgment:

(1) Requiring Durwin Lairy to file his termination financial disclosure report and to pay the late filing fee;

(2) Assessing a civil penalty against Durwin Lairy in an amount up to $60,517;

(3) Awarding the United States its costs incurred herein; and

(4) Awarding the United States such other and further relief as it deems just and proper.

Dated:  August 16, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ALEXANDER K. HAAS
　　　　　　　　　　　　　　　　　　　　Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　JACQUELINE COLEMAN SNEAD
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director, Federal Programs Branch


　　　　　　　　　　　　　　　　　　　　*/s/ Olivia Hussey Scott*
　　　　　　　　　　　　　　　　　　　　OLIVIA HUSSEY SCOTT
　　　　　　　　　　　　　　　　　　　　Trial Attorney, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　1100 L St. N.W., Rm. 11112
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 616-8491
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 616-8470
　　　　　　　　　　　　　　　　　　　　Email:  Olivia.Hussey.Scott@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for the United States of America*